IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EMERY SAPP & SONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2258 KHV |
| ) | |
| PULTE HOMES OF GREATER KANSAS ) | |
| CITY, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Pulte Homes of Greater Kansas City, Inc. ("Pulte"), hereby removes this civil action from the District Court of Johnson County, Kansas, entitled *Emery Sapp & Sons, Inc. v. Pulte Homes of Greater Kansas City, Inc.*, and docket as Case No. 06CV03941, to the United States District Court for the District of Kansas. In support of this removal, Pulte state as follows:

1. On or about May 19, 2006, an action was commenced against Pulte entitled *Emery Sapp & Sons, Inc. v. Pulte Homes of Greater Kansas City, Inc.*, and docket as Case No. 06CV03941, by the filing of Petition and the issuance of a Summons.

2. Pulte first learned about the existence of the state court action and received a copy of the state court Petition on May 23, 2006, pursuant to an e-mail from Plaintiff's counsel to Pulte's counsel.

3. The undersigned agreed to accept service of the state court action on behalf of Pulte.

4. Pulte was served with process on May 30, 2006.

5. Pursuant to the parties' agreement, the deadline for Pulte to file its answer or other responsive pleading is June 30, 2006.

6. This Notice of Removal is filed within thirty (30) days after initial receipt by Pulte of Plaintiffs' Petition through service or otherwise, and is thus timely pursuant to 28 U.S.C. § 1446(b).

7. This is a civil action over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is thus removable from state court to this United States District Court under the provisions of 28 U.S.C. § 1441(b) in that this is an action in which the matter in controversy allegedly exceeds the sum of $75,000 exclusive of interests and costs and is between citizens of different states. Plaintiff is a Missouri citizen. Pulte is a citizen of a state other than Missouri, in that it is a corporation with its principal place of business and its state of incorporation in a state other than Missouri.

8. Pulte has, with the filing of this Notice, submitted copies of all process, pleadings, and orders delivered to Pulte in the action pending in the state court. True and correct copies of such documents, being the state court Petition and Summons and the court's Order for Case Management Conference, are attached hereto as Exhibit A.

WHEREFORE Defendant Pulte Homes of Greater Kansas City, Inc., respectfully removes this action to this Court for further proceedings according to law.

        Respectfully submitted,

        LEWIS, RICE & FINGERSH, L.C.


By:   /s/ Scott A. Wissel
|  |  |
|---|---|
| Scott A. Wissel | #18589 |
| Elizabeth Drill Nay | #11884 |
| Thomas M. Martin | #13620 |

1010 Walnut, Suite 500
Kansas City, Missouri 64106
Tel: (816) 421-2500
Fax: (816) 472-2500
sawissel@lrf-kc.com
ednay@lrf-kc.com
tmmartin@lrf-kc.com
ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David B. Raymond, Esq.
David A. Meyers, Esq.
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
draymond@blackwellsanders.com
dmeyers@blackwellsanders.com
Attorney for Plaintiff


        /s/ Scott A. Wissel
        Attorney for Defendant


F:\LRF\SAW\Pulte\Emery\Pleadings\Notice of Removal.doc

Box 80

# IN THE DISTRICT COURT OF JOHNSON COUNTY KANSAS
## CIVIL DIVISION

| | |
|---|---|
| EMERY SAPP & SONS, INC., a Missouri corporation, | ) ) ) |
| Plaintiff, | ) ) 06CV03941 |
| v. | ) Case No. ) Division No. 7 |
| PULTE HOMES OF GREATER KANSAS CITY, INC., a foreign corporation, | ) K.S.A. Chapter 60 ) ) |
| Defendant. | ) ) |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby notified that an action has been commenced against you in this Court. You are required to file your Answer to the Petition with the Court and to serve a copy upon the Plaintiff's attorney as follows:

NAME: David A Meyers
ADDRESS: BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

within 20 days after service of summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached Petition, which is incorporated herein by reference. Any related claim which you may have against the Plaintiff must be stated as a Counterclaim in your Answer, or you will thereafter be barred from making such claim in any other action.

(SEAL)                                          Clerk of the District Court

DATED: 5/22/06                          BY: Kasey Jo Schrader

**EXHIBIT A**

KC1400358-1

## RETURN OF SERVICE FOR RETURN RECEIPT DELIVERY

STATE OF _____, COUNTY OF _____:

The undersigned hereby states that the following Return Receipt was served on the above-named Defendant by Certified Mail on the ____ day of _____, 2006.

(Place Return Receipt Here)

_____
Signature

On this _____ day of _____, 2006, the above person known to me executed this document.

My Commission/Appointment Expires: _____   _____
Notary Public

Box 80

# IN THE DISTRICT COURT OF JOHNSON COUNTY KANSAS
## CIVIL DIVISION

| | |
|---|---|
| **EMERY SAPP & SONS, INC.,**<br>a Missouri corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**PULTE HOMES OF GREATER KANSAS CITY, INC.,**<br>a foreign corporation,<br><br>    Serve:  The Corp. Co, Inc.<br>    515 South Kansas Ave.<br>    Topeka, KS 66603-0000<br>    County: Shawnee Co.<br><br>    Defendant. | 06CV03941<br><br>Case No.<br>Division No. 7<br>K.S.A. Chapter 60 |

## PETITION

Plaintiff Emery Sapp & Sons, Inc. ("ESS") states the following for its petition against Pulte Homes of Greater Kansas City, Inc. ("Pulte"):

### GENERAL ALLEGATIONS

#### Parties

1. ESS is a corporation organized under the laws of the State of Missouri, with a principal office located at 2602 North Stadium Boulevard, Columbia, Missouri 65202. ESS is registered with the Kansas Secretary of State and is authorized to do business in Kansas.

2. Pulte is a corporation, organized in the State of Michigan with a principal place of business located at 15700 College Blvd., Suite 201, Lenexa, Kansas 66219. Pulte is registered with the Kansas Secretary of State and is authorized to do business in Kansas.

3. Pulte may be served through their registered agent at the above-captioned address.

KC-1398648-2

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2006 MAY 19 PM 2: 17

## Jurisdiction and Venue

4. ESS brings this action under the laws of the State of Kansas.

5. This lawsuit involves a contract for services performed in Johnson County, Kansas for improvements to real estate located in Johnson County, Kansas.

6. This Court has jurisdiction over the subject matter of this dispute.

7. Venue is proper in this court.

## Factual Background

8. ESS is a construction company that provides, among other things, excavating and site preparation services.

9. Pulte is a developer engaged primarily in the development of residential communities and subdivisions.

10. Pulte is the owner/developer of a subdivision in Johnson County, Kansas, generally identified as Stratton Oaks. Stratton Oaks consists of approximately 132 villas and single family homes.

11. In the summer of 2005, Pulte requested and ESS agreed to provide certain labor, materials and services for the development of the Stratton Oaks subdivision.

12. Pulte asked ESS to excavate unsuitable subsurface soils from various locations, fill the locations with granular material, and compact the granular material to a density suitable for construction of residential basements for villas and single family homes being constructed at the Stratton Oaks subdivision.

13. ESS agreed to perform this work, and Pulte agreed to pay for the time and materials expended in performing the excavation, fill, and compaction services.

14. ESS provided these materials and services, and certain other work, in accordance with Pulte's instructions and under Pulte's supervision.

KC-1398648-2

2

15. The work began on or about June of 2005 and was completed on or about January of 2006.

16. As the work progressed, ESS sent Pulte monthly invoices.

17. Pulte accepted the excavation, fill, and compaction services, and has never challenged the amounts invoiced or alleged any defect in ESS' performance.

18. Pulte paid ESS' invoices monthly through October of 2005.

19. Pulte failed to pay ESS' invoices for November and December of 2005, and January of 2006. These invoices, which are attached, remain unpaid in the following amounts:

| Invoice Date | Invoice No. | Invoice Amount | Exhibit |
|---|---|---|---|
| 12/03/2005 | 7149 | $696,139.08 | A |
| 12/31/2005 | 7238 | $47,746.50 | B |
| 01/31/2006 | 7321 | $49,020.50 | C |

20. Pulte failed and refused to pay these invoices, so that total of $792,906.08 is due and owing ESS.

## COUNT I – BREACH OF ORAL CONTRACT

ESS incorporates the foregoing paragraphs 1 through 20 of this petition and states:

21. ESS and Pulte entered into an oral agreement whereby ESS would provide certain excavation, fill and compaction services at the Stratton Oaks project.

22. ESS invoiced Pulte for these services along with charges for other work being performed at the Stratton Oaks project.

23. ESS complied with and performed its duties under the oral agreement.

24. Pulte materially breached the parties oral agreement by failing to pay for the labor, materials and services provided by ESS.

25. ESS has suffered damages totaling $792,906.08 as a direct and proximate result of this breach.

WHEREFORE, ESS requests judgment against Pulte for (1) $792,906.08 for work performed; (2) prejudgment and post-judgment interest; (3) costs; and (4) all other relief that the Court deems just and equitable.

## COUNT II – ACTION ON ACCOUNT

ESS incorporates paragraphs 1 through 20 of this Petition and states:

26. ESS provided certain fill and compacting services at the Stratton Oaks project on account, at Pulte's instance and request, in the total sum of $792,906.08.

27. The charges on account represent the reasonable value of work, labor, and materials provided by ESS on account.

28. There remains a total balance due in the amount of $792,906.08.

29. The above balance was due upon defendants' receipt of ESS' invoices.

30. ESS has repeatedly demanded payment, and Pulte has failed to pay.

WHEREFORE, ESS prays for judgment against Pulte for (1) $792,906.08 for work performed; (2) prejudgment and post-judgment interest; (3) costs; and (4) all other relief that the Court deems just and equitable.

## COUNT III — QUANTUM MERUIT

31. ESS incorporates paragraphs 1 through 20 of this Petition and states:

32. ESS conferred a benefit upon Pulte in the form of work, labor and materials provided to the Stratton Oaks subdivision.

33. Pulte accepted the benefit conferred by ESS and recognized its value under circumstances which reasonably notified Pulte that ESS expected to be compensated by Pulte.

34. Pulte retained this benefit under circumstances in which retention without payment is inequitable.

35. The reasonable value of work, labor, and materials provided by ESS and retained by Pulte totals $792,906.08.

36. There remains a total balance due in the amount of $792,906.08.

37. ESS has repeatedly demanded payment, and Pulte has failed to pay.

**WHEREFORE**, ESS prays for judgment against Pulte for (1) $792,906.08 for work performed; (2) prejudgment and post-judgment interest; (3) costs; and (4) all other relief that the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

ESS hereby demands a jury trial on all Counts and issues triable to a jury.

Respectfully submitted,

*[signature]*

David B. Raymond                    KS # 14004
David A. Meyers                     KS # 20659
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
draymond@blackwellsanders.com
dmeyers@blackwellsanders.com
***Attorneys for Emery Sapp & Sons, Inc.***

**REQUEST FOR PAYMENT**
Stratton Oaks
Olathe, KS
PROJECT # 41-W-04 REGRADE

Emery Sapp & Sons, Inc.
600 Broadway, Suite 260
Kansas City, MO 64105
(816) 221-3500

Owner: Pulte Homes

INVOICE #: 41W04-R0006
PERIOD ENDING: December 3, 2005
% COMPLETE:

| Description | ORIGINAL ESTIMATE | | | | PREVIOUS TOTAL | | TOTAL THIS MONTH | | TOTAL TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quantity | Units | Unit Cost | Total Cost | Quantity | Total Cost | Quantity | Total Cost | Quantity | Total Cost | % |
| Topsoil from Reserve (1108) | | LS | | | | $50,815.00 | | | | $50,815.00 | |
| Spread Lime Dust/AB3 (1111) | | LS | | | | $1,266,302.34 | | $439,081.77 | | $1,705,384.11 | |
| Re-grade due to Pulte Revisions (1122) | 1 | LS | $110,000.00 | $110,000.00 | 1 | $110,000.00 | | | 1 | $110,000.00 | 100.00 |
| Clean up behind Duesler south of 113th St. (1120) | | LS | | | | $27,965.00 | | | | $27,965.00 | |
| Load and Haul Rock from Stratton Oaks to TCG 6-2 | | LS | | | | $162,120.00 | | | | $162,120.00 | |
| Move & compact in place soils under basement (1123) | | LS | | | | $63,055.00 | | | | $63,055.00 | |
| Excavate Basements and haul to Woodsonia (1124) | | LS | | | | $145,577.50 | | $27,807.50 | | $173,385.00 | |
| Excavate Basements and haul to Duesler (1125) | | LS | | | | $68,972.50 | | $23,607.50 | | $92,580.00 | |
| Excavate wall south 113th (1126) | | LS | | | | $30,157.50 | | | | $30,157.50 | |
| Move Stockpile (1128) | | LS | | | | $4,332.50 | | $168,522.31 | | $172,854.81 | |
| Haul to Home Development (1130) | | LS | | | | $0.00 | | $37,120.00 | | $37,120.00 | |
| TOTAL VALUE OF WORK PERFORMED | | | | $110,000.00 | | $1,929,297.34 | | $696,139.08 | | $2,625,436.42 | |
| Materials on Hand | | | | | | $0.00 | | $0.00 | | $0.00 | |
| TOTAL | | | | $110,000.00 | | $1,929,297.34 | | $696,139.08 | | $2,625,436.42 | |

| | |
|---|---|
| TOTAL ALL SCHEDULES | $2,625,436.42 |
| LESS 0% RETAINAGE | $0.00 |
| LESS PREVIOUS REQUESTS | $1,929,297.34 |
| RETAINAGE RELEASED TO CONTRACTOR | |
| AMOUNT THIS REQUEST | $696,139.08 |
| AMOUNT PAST DUE | $0.00 |
| TOTAL AMOUNT DUE CONTRACTOR | $696,139.08 |

CERTIFICATION OF CONTRACTOR - I HEREBY CERTIFY that the work performed and the materials supplied to date, as shown on this periodic cost estimate, represent the actual value of accomplishment under the terms of this contract in conformity with approved plans and specifications; that the quantities shown were properly determined and are correct; and that there has been full compliance with all labor provisions included in the contract identified above, and in all subcontracts made under this contract.

Emery Sapp & Sons, Inc.

BY: _____

_____    _____
Pulte Homes        Date

Questions concerning this invoice?
Call Hal Hanrahan (816) 221-3500

MAKE CHECKS PAYABLE TO:
Emery Sapp & Sons, Inc.
2602 N. Stadium Blvd.
Columbia, MO 65202
(573) 445-8331

_____
Date

**Exhibit A**

# REQUEST FOR PAYMENT

Stratton Oaks
Olathe, KS
PROJECT # 41-W-04 REGRADE

Emery Sapp & Sons, Inc.
600 Broadway, Suite 260
Kansas City, MO 64105
(816) 221-3500

Owner: Pulte Homes

INVOICE # 41W04-R0007
PERIOD ENDING: December 31, 2005
% COMPLETE:

| Description | ORIGINAL ESTIMATE | | | | TOTAL THIS MONTH | | PREVIOUS TOTAL | | TOTAL TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quantity | Units | Unit Cost | Total Cost | Quantity | Total Cost | Quantity | Total Cost | Quantity | Total Cost | % |
| Topsoil from Reserve (1108) | | LS | | | | | | $50,815.00 | | $50,815.00 | |
| Spread Lime Dust/AB3 (1111) | | LS | | | | | | $1,705,384.11 | | $1,705,384.11 | |
| Re-grade due to Pulte Revisions (1122) | 1 | LS | $110,000.00 | $110,000.00 | | | 1 | $110,000.00 | 1 | $110,000.00 | 100.00 |
| Clean up behind Duesler south of 113th St. (1120) | | LS | | | | | | $27,965.00 | | $27,965.00 | |
| Load and Haul Rock from Stratton Oaks to TCG 6-2 | | LS | | | | | | $162,120.00 | | $162,120.00 | |
| Move & compact in place soils under basement (1123) | | LS | | | | | | $63,055.00 | | $63,055.00 | |
| Excavate Basements and haul to Woodsonia (1124) | | LS | | | | | | $173,385.00 | | $173,385.00 | |
| Excavate Basements and haul to Duesler (1125) | | LS | | | | | | $92,580.00 | | $92,580.00 | |
| Excavate wall south 113th (1126) | | LS | | | | | | $30,157.50 | | $30,157.50 | |
| Move Stockpile (1128) | | LS | | | | $47,746.50 | | $172,854.81 | | $220,601.31 | |
| Haul to Home Development (1130) | | LS | | | | | | $37,120.00 | | $37,120.00 | |
| TOTAL VALUE OF WORK PERFORMED | | | | $110,000.00 | | $47,746.50 | | $2,625,436.42 | | $2,673,182.92 | |
| Materials on Hand | | | | | | $0.00 | | $0.00 | | $0.00 | |
| TOTAL | | | | $110,000.00 | | $47,746.50 | | $2,625,436.42 | | $2,673,182.92 | |
| TOTAL ALL SCHEDULES | | | | | | | | | | $2,673,182.92 | |
| LESS 0% RETAINAGE | | | | | | | | | | $0.00 | |
| LESS PREVIOUS REQUESTS | | | | | | | | | | $2,625,436.42 | |
| RETAINAGE RELEASED TO CONTRACTOR | | | | | | | | | | $0.00 | |
| AMOUNT THIS REQUEST | | | | | | | | | | $47,746.50 | |
| AMOUNT PAST DUE | | | | | | | | | | | |
| TOTAL AMOUNT DUE CONTRACTOR | | | | | | | | | | $47,746.50 | |

CERTIFICATION OF CONTRACTOR - I HEREBY CERTIFY that the work performed and the materials supplied to date, as shown on this periodic cost estimate, represent the actual value of accomplishment under the terms of this contract in conformity with approved plans and specifications; that the quantities shown were properly determined and are correct; and that there has been full compliance with all labor provisions included in the contract identified above, and in all subcontracts made under this contract.

_____  _____    BY: _____  _____
Pulte Homes                    Date                   Emery Sapp & Sons, Inc.              Date

Questions concerning this invoice?
Call Hal Hanrahan (816) 221-3500

MAKE CHECKS PAYABLE TO:
Emery Sapp & Sons, Inc.
2602 N. Stadium Blvd.
Columbia, MO  65202
(573) 445-8331

**Exhibit B**

# REQUEST FOR PAYMENT

Stratton Oaks
Olathe, KS
PROJECT # 41-W-04 REGRADE

Emery Sapp & Sons, Inc.
600 Broadway, Suite 260
Kansas City, MO 64105
(816) 221-3500

Owner: Pulte Homes

INVOICE #: 41W04-R0008
PERIOD ENDING: January 28, 2006
% COMPLETE:

| Description | ORIGINAL ESTIMATE | | | | TOTAL THIS MONTH | | PREVIOUS TOTAL | | TOTAL TO DATE | | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quantity | Units | Unit Cost | Total Cost | Quantity | Total Cost | Quantity | Total Cost | Quantity | Total Cost | |
| Topsoil from Reserve (1108) | | LS | | | | | - | $50,815.00 | - | $50,815.00 | |
| Spread Lime Dust/AB3 (1111) | | LS | | | | | - | $1,705,384.11 | - | $1,705,384.11 | |
| Re-grade due to Pulte Revisions (1122) | 1 | LS | $110,000.00 | $110,000.00 | | | 1 | $110,000.00 | 1 | $110,000.00 | 100.00 |
| Clean up behind Duesler south of 113th St. (1120) | | LS | | | | | - | $27,965.00 | - | $27,965.00 | |
| Load and Haul Rock from Stratton Oaks to TCG 6-2 | | LS | | | | | - | $162,120.00 | - | $162,120.00 | |
| Move & compact in place soils under basement (1123) | | LS | | | | | - | $63,055.00 | - | $63,055.00 | |
| Excavate Basements and haul to Woodsonia (1124) | | LS | | | | | - | $173,385.00 | - | $173,385.00 | |
| Excavate Basements and haul to Duesler (1125) | | LS | | | | | - | $92,580.00 | - | $92,580.00 | |
| Excavate wall south 113th (1126) | | LS | | | | $1,560.00 | - | $30,157.50 | - | $31,717.50 | |
| Move Stockpile (1128) | | LS | | | | $47,460.50 | - | $220,601.31 | - | $268,061.81 | |
| Haul to Home Development (1130) | | LS | | | | | - | $37,120.00 | - | $37,120.00 | |
| TOTAL VALUE OF WORK PERFORMED | | | | $110,000.00 | | $49,020.50 | | $2,673,182.92 | | $2,722,203.42 | |
| Materials on Hand | | | | | | $0.00 | | $0.00 | | $0.00 | |
| TOTAL | | | | $110,000.00 | | $49,020.50 | | $2,673,182.92 | | $2,722,203.42 | |

| | |
|---|---|
| TOTAL ALL SCHEDULES | $2,722,203.42 |
| LESS 0% RETAINAGE | $0.00 |
| LESS PREVIOUS REQUESTS | $2,673,182.92 |
| RETAINAGE RELEASED TO CONTRACTOR | $0.00 |
| AMOUNT THIS REQUEST | $49,020.50 |
| AMOUNT PAST DUE | $743,885.58 |
| TOTAL AMOUNT DUE CONTRACTOR | $792,906.08 |

Pulte Homes _____ Date _____

CERTIFICATION OF CONTRACTOR - I HEREBY CERTIFY that the work performed and the materials supplied to date, as shown on this periodic cost estimate, represent the actual value of accomplishment under the terms of this contract in conformity with approved plans and specifications; that the quantities shown were properly determined and are correct; and that there has been full compliance with all labor provisions included in the contract identified above, and in all subcontracts made under this contract.

Emery Sapp & Sons, Inc.

BY: _____  Date _____

MAKE CHECKS PAYABLE TO:
Emery Sapp & Sons, Inc.
2602 N. Stadium Blvd.
Columbia, MO 65202
(573) 445-8221

Questions concerning this invoice?
Call Hal Hanrahan (816) 221-3500

Exhibit C

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

EMERY SAPP & SONS INC.,           )
                                  )
            Plaintiff(s),         )
                                  )
vs.                               )   Case No. 06CV3941
                                  )   Division 7
PULTE HOMES OF GREATER KANSAS     )   K.S.A. Chapter 60
CITY INC.,                        )
                                  )
            Defendant(s),         )
                                  )

### ORDER FOR CASE MANAGEMENT CONFERENCE

The Court, upon its own motion and pursuant to K.S.A. 1999 Supp. 60-216(b), determines that a case management conference should be held in the above entitled action. Plaintiff's counsel must confer with other counsel and establish deadlines for completing discovery. The parties and their counsel are to freely exchange such documents which are available and would facilitate discovery without formal request, appear to be relevant, and are not privileged or are not discoverable as work product.

**Preparation of the scheduling order using the enclosed form is expected to be accomplished without assistance from the Court** except to schedule the pretrial conference with the administrative assistant for Division 7. If counsel cannot agree on a scheduling order or if a case management conference is requested with the Court, the conference will be conducted by telephone unless the Court finds that it should be conducted at the courthouse.

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2006 MAY 24  AM 11: 10

The completed scheduling order must be submitted for the Court's approval within thirty (30) days after defendant's answer is filed. **Failure to timely comply may result in dismissal of this action without further notice.**

IT IS SO ORDERED.

Dated: May 24, 2006

Honorable Janice D. Russell
District Court Judge

### CERTIFICATE OF MAILING

A copy of the foregoing Order for Case Management Conference was filed with the Clerk of the District Court and deposited in the U.S. Mail, first class postage thereon prepaid, this 24 day of May, 2006, addressed to: Mr. David B. Raymond, 4801 Main, Ste. 1000, Kansas City, MO 64112, Attorney(s) for Plaintiff(s).

Judy Hamons
Administrative Assistant

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

|  |  |
|---|---|
| Plaintiff(s), ) | |
| vs. ) | Case No. _____ |
| ) | Division No. 7 |
| ) | K.S.A. Chapter 60 |
| Defendant(s). ) | |

## STIPULATED SCHEDULING ORDER

NOW ON this \_\_\_\_\_ day of _____, 200\_\_,

_____, attorney(s) for

plaintiff(s) and _____ attorney(s) for

defendant(s) hereby stipulate and agree to the following

scheduling order:

Nature of the case: _____

_____.

Plaintiff(s) shall name experts by _____

_____.

Defendant _____ shall name experts by

_____.

Defendant _____ shall name experts by

_____.

Defendant _____ shall name experts by

_____

The parties shall exchange witness and exhibit lists by

_____

Discovery cutoff shall be _____.

Pretrial is set for _____, 200_, at

_____, __.m.  The parties are directed to jointly prepare an agreed pretrial order for the Court's signature if they can do so.  If they cannot agree upon a pretrial order, they shall exchange pretrial questionnaires ten (10) days prior to the pretrial hearing.

Other: _____

_____

_____

**IT IS SO ORDERED.**


APPROVED:

                                            _____
                                            Hon. Janice D. Russell
                                            Judge of the District Court

_____
Attorney for Plaintiff(s)




_____
Attorney for Defendant(s)